DAYTON BAR ASSOCIATION v. BENCH.

[Cite as Dayton Bar Assn. v. Bench (1994), 71 Ohio St.3d 202.]

(No. 94-897—Submitted November 1, 1994—Decided December 20, 1994.)

204

*David F. Rudwall,* for relator.

*Douglas W. Bench, pro se.*

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct, but disagree with its recommendation. Given the gravity of respondent's actions, Douglas W. Bench is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.